**Electronically Filed
Supreme Court
SCWC-21-0000029
07-JAN-2022
09:21 AM
Dkt. 3 ODAC**

SCWC-21-0000029

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

W.J.K.H., Respondent/Petitioner-Appellee,

vs.

A.N.H., Petitioner/Respondent-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000029; FC-P NO. 20-1-0106)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/respondent-appellant A.N.H.'s application for writ of certiorari, filed on November 24, 2021, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, January 7, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

